NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. E. PERCY BAKER, Respondent.— Judgment and order affirmed, with costs. All concurred.

LAHOOD MATTA, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

EDWARD C. METZLOFF, Respondent, v. ATLANTIC MACARONI COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred; Hubbs, J., not sitting.

GEORGE GRAIN, Respondent, v. CASPER YOHON, Appellant.— Motion to amend decision denied.

CARRIE MALONEY, as Administratrix, etc., Respondent, v. FRANK SULLIVAN SMITH, as Receiver, etc., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

F. JUDSON HESS, as Executor, etc., Respondent, v. THE HESS COMPANY, Appellant.— Motion for leave to have appeal heard upon stenographer's minutes, without printing denied. Motion to dismiss appeal denied.

EDITH MATTHEWS, Individually and as Executrix, etc., Appellant, v. SABRIA C. BROOKS and Another, Respondents.— Motion granted and appeal dismissed, with costs.

ALLEN G. WOOD and Others, Respondents, v. DOCK AND MILL COMPANY, Appellant.— Motion granted and appeal dismissed.

The following cases, having been twice reached in their regular order and passed, are dismissed, under General Rule 39: